We are in agreement with the decision of the Houston Court in the present case.

The application for writ of error herein is Refused, No Reversible Error. Rule 483 Texas Rules of Civil Procedure.

**Robert L. SMITH et ux., Petitioners,**

**v.**

**PULLIAM, INC., Respondent.**

**No. A–10773.**

Supreme Court of Texas.

Oct. 13, 1965.

Rehearing Denied Nov. 10, 1965.

**NEWSOME TRUCK LINES, INC., Petitioner,**

**v.**

**BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA, Respondent.**

**No. A–10899.**

Supreme Court of Texas.

Oct. 6, 1965.

Rehearing Denied Nov. 3, 1965.

Oldham & Lorance, Arthur Stamm, Jr., Houston, for petitioner.

Fulbright, Crooker, Freeman, Bates & Jaworski, Tom Connally, Houston, for respondent.

PER CURIAM.

The decision of the Court of Civil Appeals at Houston in this case (390 S.W.2d 537) conflicts with the decision of the Eastland Court of Civil Appeals in the case of Continental Insurance Company v. Griffin, 218 S.W.2d 350 (1949).